AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 7 2007

at 8 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

—————————— District of Hawaii ——————————

UNITED STATES OF AMERICA

V.

DAT XUONG LUONG

(Name and Address of Defendant)

**WARRANT FOR ARREST**

CR 05-00172 DAE

Case Number:

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST DAT XUONG LUONG and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

in violation of Title  United States Code, Section(s) .

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| | 04/22/2005 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: David Alan Ezra, Chief United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at occc | | |
| Date Received 3-22-05 | NAME AND TITLE OF ARRESTING OFFICER J.T-Sangirardi Deputy U.S.M. | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 3-22-07 | | |