# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/2/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00172DAE |
| CASE NAME: | USA v. Dat Xuong Luong |
| ATTYS FOR PLA: | Ken Sorenson |
| ATTYS FOR DEFT: | Shanlyn Park |
| USPO: | Merilee Lau |
| INTERPRETER: | Tuan Jensen-Lech |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/2/2007 | TIME: | 10:30am-11:00am |

COURT ACTION:   EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.

Defendant admits to all violations.

Court informs defendant of intention to depart upward.  More time is declined.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:   18 MONTHS  Supervised Release:   NONE IMPOSED

JUDICIAL RECOMMENDATIONS: FDC Honolulu.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager