ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 2 2007

at __1__ o'clock and ____min. __M__
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00172 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF INTERPRETER |
| vs. | ) | Filed in the |
| | ) | United States District Court |
| DAT XUONG LUONG, | ) | District of Hawai'i |
| | ) | August 31, 2006, 4:30 p.m. |
| Defendant. | ) | SUE BEITIA, CLERK |
| | ) | |

## DECLARATION OF INTERPRETER

The undersigned interpreter declares that, except to the extent that there may have been contact while providing interpreter services in this or a prior case, she has not had any prior involvement with this case nor with the defendant nor any witness involved herein.

Dated:  Honolulu, Hawai'i, _____Apr 2_____, 2007.

_____
TUAN JENSEN-LECH