ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 06 2007

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**DAT XUONG LUONG**
(Defendant's Name)

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Criminal Number:     1:05CR00172-001
USM Number:          89158-022

**SHANLYN PARK, AFPD**
Defendant's Attorney

**THE DEFENDANT:**

[✔]   admitted guilt to violation of condition(s)   Special Condition No. 1; General Condition; Standard Condition No. 2; and Standard Condition No. 6.   of the term of supervision.

[ ]   was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

   The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   **3682**

Defendant's Residence Address:
**HONOLULU, HI 96822**

Defendant's Mailing Address:
**HONOLULU, HI 96822**

APRIL 2, 2007
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

April 6, 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:     1:05CR00172-001  
DEFENDANT:     DAT XUONG LUONG

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
| --- | --- | --- |
| 1 | Positive drug tests | 3/2/2005, and 3/30/2005 |
| 2 | Refusal to comply with drug testing | 4/4/2005 |
| 3 | Failing to participate in substance abuse treatment | 4/7/2005 and 4/14/2005 |
| 4 | Failure to report to the Probation Office | |
| 5 | Change of residence without prior notification | |

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:     1:05CR00172-001                                      Judgment - Page 3 of 3
DEFENDANT:       DAT XUONG LUONG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>18 MONTHS</u>

[✔]  The court makes the following recommendations to the Bureau of Prisons:
     FDC Honolulu.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

     Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.


                                                    _____
                                                    UNITED STATES MARSHAL

                                            By      _____
                                                    Deputy U.S. Marshal