DEPARTMENT OF THE PROSECUTING ATTORNEY
# CITY AND COUNTY OF HONOLULU
ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400



PETER B. CARLISLE
PROSECUTING ATTORNEY

DOUGLAS S. CHIN
FIRST DEPUTY PROSECUTING ATTORNEY

April 3, 2007

Kenneth Sorrenson,
  Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

RE: State of Hawaii v. Dat Luong
    Criminal No. 01-1-2837

Dear Mr. Sorrenson:

I understand the above-named individual is currently in the custody of the federal government serving his federal sentence. The State of Hawaii has a case involving the same individual and would like your approval to take custody of this person commencing on May 16, 2007. The individual will later be returned to the U. S. Marshal Service, District of Hawaii, on a mutually agreed upon date.

Please sign below if you agree to this request and FAX a copy of this letter to **Rene Lee**, FAX no. 550-6517. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

Thank you for your cooperation in this matter. If you have any questions, please call me at 527-6467 or Rene Lee at 547-7473.

Very truly yours,

Dawnie Ichimura
Deputy Prosecuting Attorney

APPROVED:

Kenneth Sorrenson
Assistant United States Attorney

# EXHIBIT "A"