PETER B. CARLISLE  2209
Prosecuting Attorney
DAWNIE ICHIMURA  6990
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:   527-6467
FAX:  527-6546
Attorneys for State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00172-DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING TEMPORARY |
| | ) | TRANSFER OF CUSTODY TO THE |
| v. | ) | STATE OF HAWAII REGARDING WRIT |
| | ) | OF HABEAS CORPUS AD |
| DAT LUONG, | ) | PROSEQUENDUM |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the Application for Temporary Custody to the State of Hawaii

Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii,

temporarily transfer from time to time and as needed the physical custody of Defendant Dat Luong

to State of Hawaii Officials, until the conclusion of <u>State of Hawaii v. Dat Luong</u>, Criminal No. 01-1-2837. Upon the conclusion of the case, State of Hawaii Officials are to return the said Defendant back to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated:     APR 1 1 2007     at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

<u>United States v. DAT LUONG</u>
Cr. No. 05-00172-DAE
Order Granting Temporary Transfer
of Custody to the State of Hawaii Regarding
Writ of Habeas Corpus Ad Prosequendum