AO 245B   (Rev. 6/05) Judgment in a Criminal Case
         Sheet 2 - Imprisonment

CASE NUMBER:   1:05CR00172-001                                    Judgment - Page 3 of 3
DEFENDANT:     DAT XUONG LUONG

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 18 MONTHS

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      FDC Honolulu.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 3 2007

at __ o'clock and __ min __M
SUE BEITIA, CLERK

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on __04-20-07__ to __FDC Honolulu__
at __Honolulu, HI__, with a certified copy of this judgment.

                                          John T. Rathman
                                    WARDEN   UNITED STATES MARSHAL

                              By     W. Tsai
                                    LIE   Deputy U.S. Marshal